No. 72–671. ESPINOZA ET VIR *v.* FARAH MANUFACTURING CO., INC. C. A. 5th Cir. The Solicitor General is invited to file a brief expressing the views of the United States in this case.

No. 72–5655. HILL *v.* HENDERSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 72–5304. BRADLEY *v.* SUPREME COURT OF INDIANA;

No. 72–5568. DAVIS *v.* NEAHER, U. S. DISTRICT JUDGE, ET AL.;

No. 72–5671. OLDEN *v.* CHAMBERS, U. S. CIRCUIT JUDGE, ET AL.; and

No. 72–5672. MUNCASTER *v.* UNITED STATES. Motions for leave to file petitions for writs of mandamus denied.

No. 72–658. CITY OF KENOSHA ET AL. *v.* BRUNO ET AL. Appeal from D. C. E. D. Wis. Probable jurisdiction noted.